# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5076**  **September Term 2007**

07cv00317

Filed On: May 16, 2008 [1116819]

William Hill,

    Appellant

v.

Michael B. Mukasey,

    Appellee

### ORDER

By order filed February 25, 2008, directing appellant to file his brief and appendix to this court, by March 26, 2008. The order was sent to appellant by warden letter. To date, appellant has not complied with the Court's order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by June 30, 2008.

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 7/3/08
BY: /s/ Deputy Clerk
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Elizabeth V. Scott
Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk